# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

STEVEN WILLIAMS, an Individual

      Plaintiff,

vs.                                                                           Case No: 1:25-cv-06474-VMC

ATP FLIGHT ACADEMY d/b/a ATP Flight School, a Florida Limited Liability Company,

      Defendant.

_____/

## SUMMONS IN A CIVIL ACTION

To:    ATP Flight Academy, LLC
        1555 The Greens Way
        Jacksonville Beach, FL 32250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Landry Legal PLLC
James Landry
43 W 43rd Street,
Suite 272
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                              Signature of Clerk or Deputy Clerk