**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

STEVEN WILLIAMS,

Plaintiff,

v.

ATP FLIGHT ACADEMY, *a Florida Limited Liability Company d/b/a ATP Flight School*,

Defendant.

Civil Action No.
1:25-cv-06474-VMC

# ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties (Doc. 21), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

The discovery period shall be **FOUR MONTHS**, beginning October 28, 2026, and ending March 1, 2027.

Any dispositive motions shall be filed on or before March 31, 2027, or, in the event no dispositive motions are filed, a proposed Consolidated Pretrial Order shall be submitted to the Court by that same date.

**SO ORDERED** this 14th day of October, 2026.

Victoria Marie Calvert
United States District Judge